## EXHIBIT A

### EMPLOYEE

Santiago de J. Acosta
Angela Agudelo
Carlos Agudelo
Asdrubal Alzate
Aurelio Alzate
Dario Arboleda
Esmeride Arboleda
Fernando Areiza
Vicente Arenas
Maria Arevalo
Cristina Artica
Yolanda Artica
Diana Avendano
Juan Carlos Avendano
Walter Avendano
Alfonso Bajana
Yelsir Balbin
Jesus Antonio Benavides
Donald Betancur
Ubeimar Betancur
Wendy Castro de Heredia
Gerber Chavez
Juana Chavez
Alba Correa
Jeisy Davila
Olga De La Rosa
Justiniano Delcid
Cristina Erazo
Alexander Figueroa
Adriana Garcia
Balvino Garcia
John Garcia
Sonia Garcia
Andrea Gil
John Gil
Arley Gomez
Gloria Gomez
Hector F. Gomez
Jesus Gomez
Ricardo Gonzales
Ruben Gonzales
Carlos Granada

Hernan Granda
Ramiro Granda
Wilmer Granda
Ingryd Guevara
Guadalupe Guiller
Rolando Gutierrez
Gustavo Guzman
Elkin Herrera
Esteban Herrera
Numberto Herrera
Badimilson Jaramillo
Porfirio Jaramillo
Robinson Jaramillo
Juan Pablo Jimenez
Luis Jimenez
Gerson Landaverde
Gloria Landaverde
Jorge Landaverde
Marta Lemus
Johanna Lizardo
Gerardo Londono
Guillermo Londono
Jose Londono
Oscar Londono
Rafael Lopera
Luis Lopes
Claudia Lopreto
Christian Majano-Oretz
Isais Maldonado
Julio Mancia
Yenny Martinez
Conrado Medina
Jesus Medina
Robinson Medina
Pascual Medina-Perez
Jose Mendez
Euleterio Mesa
Gustavo Mesa
Jose Mesa
Leandro Mesa
Nora Mesa
Osvaldo Mesa
Patricia Mesa
Esperanza Mira
Jhon Freddy Montoya
Sindy Monzon

Nancy Mungia
Francisco Munoz
Luz Munoz
Walter Nunez
Sandra Ortiz
Claudia Oviedo
Mahely Padhila
William Peleaz-Ruiz
Efren Perez
Ferney Perez
Yamile Perez
Yajaira Perlera
Jose Perlera-Guillen
Marivel Porteo
Alonso Preciado
Diego Preciado
Jorge Preciado
Juan Preciado
Rigoberto Preciado
John Puerta
Jhon Ramirez
Johanna Ramirez
Paula Ramirez
Rosa Ramirez
Saulo Ramirez
Jose Ramos
Victor Rave
Erick Restrepo
Eucario Restrepo
Eucaris Restrepo
Jesus 1766 Restrepo
Jesus 2131 Restrepo
Jeyson Restrepo
Leovildo Restrepo
Neomi Reyes
Angela Rodriguez
Raul Rojas
Victor Leandro Ruiz
Yolanda Sagastume
Gabriel Sanchez
Nubia Sepulveda
Fernando Tobon
Gloria Marleny Tobon
Gonzalo Torres
Gladis Trujillo
Mirna Umana

Adolfo Uribe
Eleynio Uribe
Edinson Urrea
Henry Valencia
Jairo Esneider Valencia
Jhon Jairo Valencia
Carlos Vasquez
Yeiner Vasquez
Reinaldo Villada
Oscar Yepes
Hygal Zamudio
Byron Zapata
Juan Zapata
Julian Zapata
Magdalena Zapata